THE PEOPLE OF THE STATE OF NEW YORK ex rel. DENNIS S. DAWSON, Appellant, *v.* JOHN A. KNOX, as Clerk of the Board of Supervisors of the County of Albany, Respondent.

(Argued April 15, 1935; decided April 30; 1935.)

*John A. Brady* for appellant.

*Walter L. Collins, County Attorney*, for respondent.

Order affirmed, with costs; no opinion.

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, HUBBS, CROUCH, LOUGHRAN and FINCH, JJ.